450 A.2d 1068

Commonwealth v. Tate, Appellant.

Petition for Allowance of Appeal
Denied Feb. 1, 1983.

Submitted May 3, 1982. Donald C. Marino, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.